**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-6087**

_____

BRUCE ALLEN BUCKNER,

Plaintiff - Appellant,

v.

SCOTT HARRIS,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken. Joseph F. Anderson, Jr., Senior District Judge.  (1:25-cv-12802-JFA)

_____

Submitted:  June 25, 2026                           Decided:  June 30, 2026
Amended:  June 30, 2026

_____

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bruce Allen Buckner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Allen Buckner appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Buckner's civil complaint. Buckner has also filed a motion for review, a motion to amend his motion for review, and a motion to add evidence. We deny those motions. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Buckner v. Harris*, No. 1:25-cv-12802-JFA (D.S.C. Dec. 31, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*